M. E. Grace Peary and Another, as Executrices and Trustees, etc., of Susan A. Swinburne, Deceased, Appellants, v. Jacob M. Rudy and Others, Defendants, Impleaded with Albert E. Hartcorn, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York, Respondent, v. Benito Corona, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of Henrietta E. Palmer, for a Compulsory Accounting by Rowland Cox and Another, as Executors and Trustees, etc., of Cortlandt E. Palmer, Deceased, and Three Other Proceedings.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Louis Schwartz, Appellant, v. Parker K. Brinnier and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Avis L. Kidwell, Appellant, v. Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company, Respondent.— Order reversed, with costs and disbursements, and verdict reinstated. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Michael P. Murphy, Respondent, v. James B. Regan, Jr., and Another, Appellants, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Frank Treadwell and Others, Appellants, for an Order of Certiorari against William E. Walsh and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Louis Nirenberg and Another, Copartners, etc., Respondents, v. Benjamin Robinson, Trading as Port Morris Mills, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Vincent Renzetti, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $3,514.86; in which event the judgment appealed from is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Erdna Holding Corporation, Appellant, v. Helen Cook and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of Lillian A. Derveaux, Respondent, for an Order to Show Cause Directed against Bank of New York and Trust Company, as Trustee of a Trust Created by the Will of William Cairns Stuart, Deceased. Corn Exchange Bank, as Depositary of the Income from Said Trust, and William C. Stuart, Beneficiary of Said Trust, Appellant.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.